1   **WO**                                                                                              JDN

6                           IN THE UNITED STATES DISTRICT COURT
7                                  FOR THE DISTRICT OF ARIZONA

9   Stewart Levin,                          )   No. CV 05-3423-PHX-NVW (JRI)
                                            )
10              Plaintiff,                  )   **ORDER FOR PAYMENT**
                                            )
11  vs.                                     )   **OF INMATE FILING FEE**
                                            )
12                                          )
    Maricopa County Sheriff's Office, et al., )
13                                          )
                Defendants.                 )
14                                          )
                                            )

16  **TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

17         Plaintiff Stewart Levin, #P096601, presently confined in the Durango Jail in Phoenix,
18  Arizona, has been assessed no initial partial filing fee for this action pursuant to 28 U.S.C.
19  § 1915(b)(1). Plaintiff will be obligated to make monthly payments in the amount of 20
20  percent of the preceding month's income credited to Plaintiff's trust account. The Maricopa
21  County Sheriff is required to send to the Clerk of Court payments from Plaintiff's trust
22  account each time the amount in the account exceeds $10.00, until the statutory filing fee of
23  $250.00 is paid in full. 28 U.S.C. § 1915(b)(2).

24  **IT IS THEREFORE ORDERED that:**

25         (1) The Maricopa County Sheriff or his designee shall collect the $250.00 filing fee
26  from Plaintiff's trust account by collecting monthly payments in an amount equal to 20
27  percent of the preceding month's income credited to Plaintiff's trust account and forwarding
28  payments to the Clerk of Court each time the amount in the account exceeds $10.00 in

Dockets.Justia.com

accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

(2) The Clerk of Court shall serve by mail a copy of this Order on Maricopa County Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

(3) The Clerk of Court shall serve by mail a copy of this Order on Richard Stewart, Lead Counsel, Litigation Section, Maricopa County Attorney's Office, Division of County Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004.

(4) The Clerk of Court shall forward a copy of this Order to Financial Administration for the Phoenix Division of the U.S. District Court for the District of Arizona. Financial Administration shall set up an account to receive payments on the filing fee for this action and shall notify the Court when the filing fee is paid in full.

(5) The Maricopa County Sheriff or his designee shall notify the Clerk of Court in writing when Plaintiff is either released from the Maricopa County Jail or transferred to a correctional institution other than the Maricopa County Jail, so new billing arrangements may be made to collect any balance still outstanding.

DATED this 9th day of November, 2005.

_____
Neil V. Wake
United States District Judge